[951 NYS2d 687]

In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a and 22 NYCRR 118.1, Respondents. ATTORNEY GRIEVANCE COMMITTEES FOR THE FOURTH JUDICIAL DEPARTMENT, Petitioner.

Fourth Department, August 3, 2012

## APPEARANCES OF COUNSEL

*Daniel A. Drake, Principal Counsel, Seventh Judicial District Grievance Committee,* Rochester, for petitioner.

Respondents pro se.

### OPINION OF THE COURT

Per Curiam.

The Grievance Committees moved to suspend respondents

from the practice of law on the ground that they violated Judiciary Law § 468-a and 22 NYCRR 118.1 by failing to comply with attorney registration requirements. In support of the motion, the Grievance Committees alleged that they and the Office of Court Administration sent to respondents numerous written notices concerning their delinquency, and respondents failed to respond in any fashion. This Court, by order to show cause entered April 12, 2012, directed respondents to file a written response setting forth why an order should not be entered suspending them for their failure to comply with attorney registration requirements. Respondents failed to respond to the order to show cause.

The failure to comply with attorney registration requirements violates Judiciary Law § 468-a and 22 NYCRR 118.1 and constitutes conduct prejudicial to the administration of justice warranting the imposition of discipline (*see Matter of Attorneys in Violation of Judiciary Law § 468-a*, 54 AD3d 9 [2008]). Accordingly, we conclude that respondents, who are named on the attached list, should be immediately suspended until further order of this Court.

| Name | Attorney Registration No. | Year Admitted |
|---|---|---|
| Allen, David | 4150330 | 2003 |
| Ashby, Douglas G. | 2305001 | 1990 |
| Austin, Lauren Alisa | 2646040 | 1995 |
| Connelly, Sheryl Lee | 2625499 | 1994 |
| Cowan, Dana T. | 1932516 | 1984 |
| Gitter, Henry | 2509198 | 1993 |
| Godinho, Douglas Frederick | 1358977 | 1965 |
| Jasinski, James John | 1603083 | 1977 |
| O'Neill, Michael Jerry | 1904911 | 1984 |
| Remsen, Jr., Alfred Soule | 1351956 | 1967 |
| Schaeftler, Michael A. | 1900869 | 1984 |
| Smoral, M. J. | 2307023 | 1990 |
| Sorrentino, Jeanine Marie | 2584076 | 1994 |

CENTRA, J.P., PERADOTTO, LINDLEY and MARTOCHE, JJ., concur. Order of suspension entered.